# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

DAVID CHRISTOPHER GLASS     CASE NO. 3:19-CV-01216

VERSUS          JUDGE TERRY A. DOUGHTY

KRISTY MASSEY FINLEY, ET AL.    MAG. JUDGE KAREN L. HAYES

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction [Doc. No. 9] is **DENIED**.

Monroe, Louisiana, this 20th day of November, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE