# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DAVID CHRISTOPHER GLASS** | **CASE NO. 3:19-CV-01216** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTY MASSEY FINLEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM ORDER

Pending before the Court is an Appeal of Magistrate Judge Decisions [Doc. No. 39], by the Plaintiff, David Christopher Glass. Plaintiff appeals Magistrate Judge Hayes' Memorandum Orders denying Plaintiffs Motion to Disqualify Counsel [Doc. No. 31] and Motions to Strike [Doc. Nos. 35 and 38].

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Following a review of the record, the Court finds that the Magistrate Judge's Memorandum Orders are neither clearly erroneous nor contrary to the law.[1] No Response by the defendant is deemed necessary as the arguments made by Plaintiff can be denied on their face. Accordingly,

**IT IS ORDERED** that Plaintiff's appeal [Doc. No. 39] is **DENIED**, and Magistrate Judge Hayes' Memorandum Orders [Doc. No. 31, 35 and 38] are **AFFIRMED**.

MONROE, LOUISIANA, this 2nd day of January, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] Even if the Court were to apply the *de novo* review standard, the Court would reach the same decision.