# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **DAVID CHRISTOPHER GLASS** | **CASE NO. 3:19-CV-01216** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTY MASSEY FINLEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 5] of the Magistrate Judge having been considered, together with written Objection [Doc. No. 62] filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions to dismiss for failure to state a claim upon which relief can be granted [Doc. Nos. 26 & 28] filed by defendants First Guaranty Mortgage Corporation, Dean Morris, L.L.C., and Kristy Massey Finley are **GRANTED**, and plaintiff David Christopher Glass's claims are hereby **DISMISSED, WITH PREJUDICE**, in their entirety. Fed. R. Civ. P. 12(b)(6).

Monroe, Louisiana, this 13th day of February, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE